IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: April 29, 2010



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08338

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-06553-SSC |
| Simon Lee Peralto and Georgia Ann Peralto<br>        Debtors. | Chapter 7 |
| U.S. Bank National Association, as Trustee for<br>CMLTI 2006-WF2<br>        Movant,<br>    vs. | ORDER<br><br>(Related to Docket #11) |
| Simon Lee Peralto and Georgia Ann Peralto,<br>Debtors, David M. Reaves, Trustee.<br><br>        Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 17, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for CMLTI 2006-WF2 is the current beneficiary and Simon Lee Peralto and Georgia Ann Peralto have an interest in, further described as:

> LOT 685 RANCHO EL MIRAGE PARCEL C ACCORDING TO BOOK 642 OF MAPS PAGE 41 AND CERTIFICATE OF CORRECTIN IN DOCUMENT NO. 03-1012869 RECORDS OF MARICOPA COUNTY ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.